## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

**IN RE:**                                                          **CASE NO.: 20-11055-amc**
                                                                                         **CHAPTER 13**

**Daniel Sarbah Toe,**
**Lula Marie Wilson Toe**

**Debtor.**

_____ /

### **PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT**

    **PLEASE TAKE NOTICE THAT**, on behalf of Nationstar Mortgage LLC ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Certification of Default (Doc.: 74), filed on June 03, 2024.**

                                                            By: /s/Michelle L. McGowan
                                                            Michelle L. McGowan, Esq.
                                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                            PA I.D 62414
                                                            13010 Morris Rd, Suite 450
                                                            Alpharetta, GA 30004
                                                            Telephone: 470-321-7113
                                                            Email: mimcgowan@raslg.com
                                                            Attorney for Movant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Debtor
Daniel Sarbah Toe
1036 South 54th Street
Philadelphia, PA 19143

Joint Debtor
Lula Marie Wilson Toe
aka Lula Marie Wilson
1036 South 54th Street
Philadelphia, PA 19143

MICHAEL D. SAYLES
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320 Philadelphia, PA 19107

By: /s/Michelle L. McGowan
Michelle L. McGowan, Esq.